UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONAS N. STRICKLAND | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) Civil Action No. 08-1200 RWR |
| | ) |
| CARLOS M. GUTTIEREZ, Secretary, | ) |
| U.S. Department of Commerce, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendants[1] hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of ten calendar days within which to reply to "Plaintiffs' Opposition To Defendants' Motion For Summary Judgment" in the above action, up to and including February 19, 2009.  Plaintiff's counsel, James Q. Butler, Esq., has indicated that Plaintiff does not oppose this motion.

Defendants request this additional time because Plaintiff has agreed with many of the issues raised by Defendants in their pending dispositive motion and the parties are attempting to reach an agreement on the manner in which the litigation should proceed.  Indeed, the parties have examined a draft of a stipulation in the hope that they may obviate the need for

---

[1] According to the Complaint, the Defendants include the Secretary of the United States Department of Commerce (Carlos M. Guttierez) and two agency employees (Rachel Ondrik and Kirk Yamatani), each of whom is a Special Agent in the United States Department of Commerce Office of the Inspector General.

further involvement from this Court.  If they are able to reach agreement on how the case can best be resolved, they anticipate the filing of a stipulation.  They will, however, require some additional time to resolve certain outstanding issues.[2]

For these reasons, Defendants ask that they be permitted until February 19, 2009, to complete a reply in the case.  A proposed Order is attached hereto.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR, DC Bar #498610
                        United States Attorney

                        RUDOLPH CONTRERAS, DC Bar #434122
                        Assistant United States Attorney

                                                     /s/
                        W. MARK NEBEKER, DC Bar #396739
                        Assistant United States Attorney

---

[2] Among the outstanding issues that Counsel are discussing is whether to agree to transfer the case to another District or whether the matter might be resolved by a settlement rather than transfer.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on this 9th day of February, 2009.

```
                                      _____/s/
                                      W. MARK NEBEKER, DC Bar #396739
                                      Assistant United States Attorney
                                      Civil Division
                                      555 4th Street, N.W.
                                      Washington, DC  20530
                                      (202) 514-7230
```