```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

JONAS N. STRICKLAND                  )
                                     )
        Plaintiff,                   )
                                     )
   v.                                )Civil Action No. 08-1200 RWR
                                     )
CARLOS M. GUTTIEREZ, Secretary,      )
U.S. Department of Commerce, et al.,)
                                     )
        Defendants.                  )
                                     )
```

ORDER

Upon consideration of the defendants' Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof, for the reasons set forth therein and based upon the entire record herein, it is this _____ day of _____, 2009,

ORDERED that the motion should be and is hereby granted; and it is,

FURTHER ORDERED that the time by which the defendants may file a reply to "Plaintiffs' Opposition To Defendants' Motion For Summary Judgment" be and is hereby enlarged up to and including February 19, 2009.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant United States Attorney
Judiciary Center, Civil Division
555 4th Street, N.W.
Washington, DC  20530

JAMES Q. BUTLER, ESQ.
818 18th Street - 6th Floor
Washington, DC  20006