UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONAS N. STRICKLAND            )
                               )
        Plaintiff,             )
                               )
    v.                         ) Civil Action No. 08-1200 RWR
                               )
OTTO WOLFF, Acting Secretary,  )
U.S. Department of Commerce, et al., )
                               )
        Defendants.            )
_____)

## STIPULATION OF SETTLEMENT AND DISMISSAL

The Parties hereby enter into the following Stipulation of Settlement and Dismissal. In order to resolve the matters in dispute in the above-captioned Civil Action and all other matters related to Plaintiff's government employment, his investigation and arrest without further litigation, expense, or delay, Plaintiff and Defendants unconditionally agree to the following terms:

1. Release

The parties enter into this Stipulation of Settlement and Dismissal in order to make full and final settlement of any and all matters that Plaintiff raised or could have raised in the above Civil Action, as well as all other matters related to Plaintiff's government employment with the United States Department of Commerce and the Patent and Trademark Office, his interaction with the U.S. Department of Commerce Office of the Inspector General (collectively, "the Agency") and all matters related to Plaintiff's arrest. Plaintiff agrees to accept the terms set forth herein in full satisfaction of any and all claims, demands, rights, and causes of action of whatever kind

Case 1:08-cv-01200-RWR   Document 14   Filed 02/27/09   Page 2 of 6
Case 1:08-cv-01200-RWR

and nature up to the date of filing of this Stipulation of Settlement and Dismissal, including but not limited to the claims asserted in the above Civil Action.

In particular, and without limitation, this Stipulation Of Settlement And Dismissal includes all possible claims for damages, backpay, front pay, loss of leave, loss of retirement, and equitable relief by Plaintiff against Defendants prior to and including the date Plaintiff signs this Stipulation of Settlement and Dismissal.  Further, and without limitation, this settlement includes all possible claims for attorneys' fees and costs that Plaintiff incurred or may incur in connection with this litigation and any other administrative proceeding involving the claims Plaintiff raised or could have raised in this Civil Action or on account of Plaintiff's government employment and arrest.

Plaintiff dismisses, with prejudice, the above Civil Action and all other pending, existing or putative causes of action, charges, complaints, and appeals against Defendants in any forum, whether administrative or judicial.  This Stipulation of Settlement and Dismissal constitutes the full, final, and complete relief that Plaintiff may have for the conduct alleged in this action and resolved herein.

Plaintiff agrees not to institute any other actions, charges, complaints, appeals, or other proceedings against Defendants or any of Defendants' past or present officers, employees, agents or representatives concerning any matter related to his government employment or based in any way on

action or inaction by Defendants or the Agency's past or present employees as of the date of filing of this Stipulation Of Settlement And Dismissal.

Plaintiff releases Defendants and the Agency's past and present officers, employees, agents, and representatives (in both their official and personal capacities) concerning all matters related to Plaintiff's government employment with the United States Department of Commerce and the Patent and Trademark Office, his interaction with the U.S. Department of Commerce Office of the Inspector General and all matters related to Plaintiff's arrest, up to and including the date of filing of this Stipulation of Settlement and Dismissal.

2. <u>Agreement</u>

In consideration for the promises made herein, the Parties agree to take the following actions:

    a) Plaintiff hereby dismisses with prejudice all individual-capacity claims in this action, which includes, but may not be limited to, all of the claims against Rachel Ondrik and Kirk Yamatani;

    b) The Secretary of Commerce, in his official capacity, agrees, through undersigned counsel, to pay $5,500.00 to Plaintiff through counsel, as set forth herein.

3. Plaintiff acknowledges his duty to adhere to any

applicable tax filing requirements and other obligations with regard to the proper payment of taxes.

4. This Stipulation Of Settlement And Dismissal shall not constitute an admission of liability or fault on the part of Defendants or the Agency's past or present agents, employees, representatives or officers. The Parties enter into this Stipulation solely for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

5. Plaintiff acknowledges that he has read this entire Stipulation Of Settlement And Dismissal and that he understands all of its terms and conditions. Plaintiff acknowledges that his attorney has reviewed and explained the provisions of this Stipulation to him and that Defendants have provided sufficient time for this purpose.

6. Plaintiff acknowledges that he has entered into this Stipulation of Settlement and Dismissal voluntarily and with the advice of counsel. Further, Plaintiff acknowledges that no one has imposed any undue hardship, duress, or coercion in connection with the execution of this document.

7. The persons signing this settlement warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the settlement.

8. Payment of the settlement amount will be made by government wire transfer to an account to be designated by undersigned counsel for Plaintiff; and counsel for Plaintiff shall provide to counsel for the Defendants the following

information and such other as may be necessary to effect the transfer:

    A.    Name of Bank:
    B.    Street Address of Bank:
    C.    City, State and Zip Code of Bank:
    D.    Federal Reserve Number:
    E.    Routing Number:
    F.    Name of Account:
    G.    Account Number:

Plaintiff's attorney agrees appropriately to distribute the settlement proceeds to Plaintiff.

9. The Parties agree that the terms expressly recited herein represent the entire compromise settlement and that, except for the sum set forth in Paragraph 2 above, the respective Parties will each bear their own costs, fees, expenses, and attorneys' fees. There are no terms or conditions to this Stipulation Of Settlement And Dismissal except those expressly stated herein. This agreement may not be altered, modified, withdrawn, waived, rescinded, or supplemented except by a written instrument executed by duly authorized representatives of both Parties.

WHEREFORE, this Civil Action is hereby dismissed, subject only to the Court retaining jurisdiction as necessary to enforce the terms of this Stipulation of Settlement and Dismissal; thus, this limited retention of jurisdiction does not include any

authority to compensate for any amount of damages as may be occasioned by a breach of the agreement.

Respectfully submitted,

_____
JAMES BUTLER, ESQ.
Butler Legal Group PLLP
818 18th Street, N.W.
10th Floor
Washington DC 20006
(202) 223-6767

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____ /s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC 20530
(202) 514-7230

SO ORDERED: this 25th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE